# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-02-00525-CV

**Lewis Curatolo, Appellant**

**v.**

**Steve Earhart, Appellee**

### FROM THE COUNTY COURT AT LAW NO. 1 OF TRAVIS COUNTY
### NO. 250,855, HONORABLE ORLINDA NARANJO, JUDGE PRESIDING

Appellant Lewis Curatolo has filed a motion to dismiss his appeal. We grant the motion and dismiss the appeal. Tex. R. App. P. 42.1(a)(2).

Lee Yeakel, Justice

Before Justices Kidd, B. A. Smith and Yeakel

Dismissed on Appellant=s Motion

Filed: August 30, 2002

Do Not Publish